No. 54373.—John J. Ward, Inc. v. United States, protest 156496–K (New York).

Opinion by Cole, J. It was stipulated that the merchandise in question is similar in all material respects to that the subject of *Roovers Bros., Inc.* v. *United States* (23 Cust. Ct. 53, C. D. 1190). The claim of the plaintiff was therefore sustained.

No. 54374.—A. Schulman, Inc. v. United States, protest 134177–K (Cleveland).

Opinion by Cole, J. In accordance with stipulation of counsel that the merchandise consists of a synthetic resin in chief value of vinyl chloride similar in all material respects to the substance passed upon in Abstract 53993, the claim of the plaintiff was sustained.

No. 54375.—A. Schulman, Inc. v. United States, protest 141785–K (Boston).

Opinion by Cole, J. In accordance with stipulation of counsel that the merchandise consists of a synthetic resin in chief value of vinyl chloride similar in all material respects to the substance passed upon in Abstract 53993, the claim of the plaintiff was sustained.

No. 54376.—T. M. Duche & Sons, Inc., et al. v. United States, protests 140350–K, etc. (New York).

Opinion by Cole, J. The protests were dismissed.

No. 54377.—Cane & Ingram, Inc., et al. v. United States, protests 144335–K, etc. (New York).

Opinion by Cole, J. The protests were dismissed.

No. 54378.—Armour & Company et al. v. United States, protests 146117–K, etc. (New York).

Opinion by Cole, J. The protests were dismissed.

No. 54379.—American Continental Co., Inc., et al. v. United States, protests 150965–K, etc. (New York).